STEVEN A. GIBSON
Nevada Bar No. 6656
sgibson@dickinsonwright.com
JONATHAN M. A. SALLS
Nevada Bar No. 12085
jsalls@dickinsonwright.com

## DICKINSON WRIGHT PLLC
City Center West
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMC FABRICATION, INC., a Nevada corporation,<br><br>            Plaintiff,<br>     v.<br><br>KRD TRUCKING WEST, INC., a Nevada corporation; K. R. DRENTH TRUCKING, INC., an Illinois corporation; KENNETH S. DRENTH, an individual; and THOMAS J. MANZKE, an individual,<br><br>            Defendants. | Case No.: 2:12-cv-00146-LDG-CWH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF KRD TRUCKING WEST, INC. PURSUANT TO FED.R.CIV.P. 41(a)(2)** |

   Plaintiff, AMC Fabrication, Inc. ("AMC"), by and through its counsel, Dickinson Wright PLLC, having filed Plaintiff's Motion for Voluntary Dismissal of KRD Trucking West, Inc. Pursuant to Fed.R.Civ.P. 41(a)(2) (the "Motion"); this Court having now given due consideration to the Motion as well as all papers, pleadings, and exhibits offered in support thereof by AMC; and the Court being further advised in the matter, it is therefore:

   ORDERED, ADJUDGED and DECREED that all claims against Defendant KRD Trucking West, Inc. ("KRD Trucking") be dismissed without prejudice.  It is further ORDERED that upon AMC's bringing of a reinstitution of AMC's claims against KRD Trucking, the dates

1 associated with that reinstitution shall relate back to the filing of the Complaint in the present
2 case with respect to any statute of limitations defense.

**IT IS SO ORDERED.**

DATED: 25 MAY 2012

_____
Lloyd D. George
United States District Court Judge