UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| AMC FABRICATION, INC., | ) | 2:12-cv-00146-LDG-CWH |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | Withdrawal of Counsel (#47) |
| KRD TRUCKING WEST, INC., *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants', Kenneth S. Drenth and Thomas J. Manzke, Motion to Remove Former Counsel from CM/ECF Service List (#47), filed August 24, 2012. Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." *See* LR IA 10-6(b). The undersigned has reviewed the motion and finds that the requirements for withdrawal have been met as the parties were verbally apprised of the motion and served with copies prior to removal. Although Jamie L. Zimmerman is no longer affiliated with the law firm of Gordon Silver, the firm will continue to represent above-named Defendants in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Remove Jamie L. Zimmerman from the CM/ECF service list and any mailing list on this matter (#47) is **granted**.

DATED this 27th day of August, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge